## CAMERON, ADM'X. v. ARMSTRONG.

A demurrer to the petition is waived by an answer; and the defendant, after answering, cannot assign for error in the appellate court, the judgment of the court overruling the demurrer.

Where a defendant, after his demurrer to the petition is overruled, files an answer, with pleas of tender and set-off, and subsequently withdraws

Cameron, Adm'x. v. Armstrong.

his plea of set-off, leaving his answer and plea of tender on file, he is not in a position to assign error on the overruling of the demurrer.

Where the action is brought upon a mere money demand, and the amount for which judgment should be rendered, a mere matter of computation, the damages may be properly assessed by the clerk.

Where a petition claims a sum certain from the defendant, with interest, it is not error to render judgment for a greater amount than the sum claimed.

*Appeal from the DesMoines District Court.*

SATURDAY, APRIL 9.

THE plaintiff claims of the defendant the sum of seven hundred and seven dollars and fifty cents, which she alleges to be due to her, and states her cause of action as follows: "that defendant leased of plaintiff the 'National Hotel' building in Burlington; and that the above sum, with interest thereon, is due and owing petitioner, as a balance due on the several leases executed by petitioner in favor of defendant for the said building, a particular account of which sums and interest is attached to petition. She, therefore, asks judgment for that amount, with interest and costs."

A demurrer to the petition was overruled at the October term, 1857. Defendant then filed his answer, denying the allegations of the petition, together with his plea of tender and set-off. Issue being joined, the defendant moved the court for a continuance of the cause until the next term. The motion being overruled, and the cause coming on for trial, the record entry states: "Whereupon defendant withdraws his set-off, heretofore filed in this case, and stands upon his demurrer, heretofore overruled; and thereupon the same being submitted to the court, and the court being fully advised in the premises, finds for the plaintiff," and the damages being assessed by the clerk at the sum of $723,84, judgment for that amount was rendered in favor of plaintiff.

*C. Ben Darwin*, for the appellant.

No appearance for the appellee.

STOCKTON, J.—This cause has been presented to us in the argument by counsel for the appellant, as though he had elected to stand upon his demurrer to the petition, and had suffered judgment to go against him as for want of an answer. This is not our understanding of the record. The defendant filed an answer, together with pleas of tender and set-off. Issue being joined thereon, and the defendant's motion for a continuance overruled, he withdrew his set-off. The answer was not withdrawn, nor the plea of tender. We think the demurrer was waived by the answer; and the defendant cannot now assign, for error, the judgment of the court overruling the same.

As the action was for a money demand, and the amount for which judgment should be rendered, a mere matter of computation, the damages were properly assessed by the clerk. The objection that the damages allowed are for a greater amount than prayed for in the petition is not tenable. The petitioner asks judgment for the amount of her claim, with interest.

                                    Judgment affirmed.